

Thomas G. Bruton
CLERK

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

312-435-5670

Date: March 3, 2016

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

Re: U.S. Equal Employment Opportunity Commission v. Autozone, Inc.

U.S.D.C. Docket No.: 1:14cv5579
U.S.C.A. Docket No.: 15-3201

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S): 4 vol.

VOLUME(S) OF TRANSCRIPT(S):

VOLUME(S) OF DEPOSITION(S):

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By:/ s/Esperanza King, Deputy Clerk

United States of America }
}
Northern District of Illinois }
Eastern Division }

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

4 volumes of pleadings

**In the cause entitled: U.S. Equal Employment Opportunity Commission v. Autozone, Inc.**

USDC NO.: 1:14cv5579
USCA NO.: 15-3201

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 3rd day of March 2016.

THOMAS G. BRUTON, CLERK

By: _/s/Esperanza King, Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ ESPERANZA KING
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
-
March 3, 2016

APPEAL,MASON,PROTO,TERMED

**United States District Court**
**Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)**
**CIVIL DOCKET FOR CASE #: 1:14-cv-05579**
**Internal Use Only**

U.S. Equal Employment Opportunity Commission v. Autozone, Inc.
Assigned to: Honorable Amy J. St. Eve
Case in other court: 15-03201
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 07/22/2014
Date Terminated: 08/04/2015
Jury Demand: Both
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**U.S. Equal Employment Opportunity Commission**

represented by

**Justin Mulaire**
U.S. Equal Employment Opportunity Commission
500 W. Madison St., Ste. 2000
Chicago, IL 60661
312-869-8045
Email: justin.mulaire@eeoc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan M.M. Cohen**
United States Equal Employment Opportunity Commission
500 West Madison Street
Suite 2000
Chicago, IL 60661
(312) 869-8104
Fax: 312-353-8555
Email: ethan.cohen@eeoc.gov
*ATTORNEY TO BE NOTICED*

**Gregory M. Gochanour**
United States Equal Employment

Opportunity Commission
500 West Madison Street
Suite 2800
Chicago, IL 60661
(312) 886-9124
Email: gregory.gochanour@eeoc.gov
*ATTORNEY TO BE NOTICED*

**John C. Hendrickson**
Equal Employment Opportunity Commission
500 West Madison Street
Suite 2000
Chicago, IL 60661
(312) 869-8099
Fax: (312) 869-8124
Email: john.hendrickson@eeoc.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Autozone, Inc.** represented by **Beverly Pazon Alfon**
SmithAmundsen LLC
150 N. Michigan Ave.
Suite 3300
Chicago, IL 60601
312-894-3323
Fax: 312-894-3210
Email: balfon@salawus.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracy E. Kern**
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
201 St. Charles Avenue
47th Floor
New Orleans, LA 70170-5100
504 582 8134
Email: tkern@joneswalker.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Brian Wegg Bulger**
Cozen O'Connor
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
(312)474-7900
Fax: (312) 462-1820
Email: bbulger@cozen.com
*TERMINATED: 07/08/2015*
*ATTORNEY TO BE NOTICED*

**Jeremy J. Glenn**
Cozen O'Connor
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
(312)474-7900
Fax: (312) 706-9791
Email: jglenn@cozen.com
*TERMINATED: 07/08/2015*
*ATTORNEY TO BE NOTICED*

**Laurie M. Riley**
Jones Walker LL
201 South Biscayne Boulevard
Suite 2600
Miami, FL 33131
305 679 5728
Email: lriley@joneswalker.com
*ATTORNEY TO BE NOTICED*

**Sepideh Esmaili Smith**
Cozen O'Connor
123 N. Wacker Drive
Suite 1800
Chicago, IL 60606
312 474 7900
Email: SESmith@cozen.com
*TERMINATED: 07/08/2015*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AutoZoners, LLC** represented by **Tracy E. Kern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurie M. Riley**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2014 | 1 | COMPLAINT filed by U.S. Equal Employment Opportunity Commission; Jury Demand. (Mulaire, Justin) (Entered: 07/22/2014) |
| 07/22/2014 | 2 | CIVIL Cover Sheet (Mulaire, Justin) (Entered: 07/22/2014) |
| 07/22/2014 | 3 | ~~ATTORNEY Appearance for Plaintiff U.S. Equal Employment Opportunity Commission by Justin Mulaire (Mulaire, Justin) (Entered: 07/22/2014)~~ |
| 07/22/2014 | 4 | ~~ATTORNEY Appearance for Plaintiff U.S. Equal Employment Opportunity Commission by John C. Hendrickson (Hendrickson, John) (Entered: 07/22/2014)~~ |
| 07/22/2014 | 5 | ~~ATTORNEY Appearance for Plaintiff U.S. Equal Employment Opportunity Commission by Gregory M. Gochanour (Gochanour, Gregory) (Entered: 07/22/2014)~~ |
| 07/22/2014 | | ~~CASE ASSIGNED to the Honorable Amy J. St. Eve. Designated as Magistrate Judge the Honorable Michael T. Mason. (rc, ) (Entered: 07/22/2014)~~ |
| 07/23/2014 | 6 | MINUTE entry before the Honorable Amy J. St. Eve: Initial status hearing set for 9/3/14 at 8:30 a.m. in courtroom 1241. Parties shall refer to Judge St. Eve's web page at www.ilnd.uscourts.gov and file a joint status report by 8/28/14 as set forth in the Initial Status Conferences procedure. If the defendant has not been served as of 8/28/14, the Court will continue the filing date for the joint status report until the defendant is served. If the defendant files a motion to dismiss prior to the filing of the joint status report, the Court will continue the filing date for the joint status report until after the Court rules on the pending motion. Mailed notice (kef, ) (Entered: 07/23/2014) |
| 07/23/2014 | 7 | ~~REQUEST for Waiver of Service sent to Autozone, Inc. on 7/23/14 by Plaintiff U.S. Equal Employment Opportunity Commission. Waiver of service due by 8/22/2014. (Mulaire, Justin) (Entered: 07/23/2014)~~ |

| | | |
|---|---|---|
| 08/05/2014 | 8 | MINUTE entry before the Honorable Amy J. St. Eve: At plaintiff's request, Joint Status Report due by 9/24/2014. Status hearing set for 9/3/14 is stricken and reset to 9/29/2014 at 08:30 AM.Mailed notice (kef, ) (Entered: 08/05/2014) |
| 08/08/2014 | 9 | ~~WAIVER OF SERVICE returned executed by U.S. Equal Employment Opportunity Commission. Autozone, Inc. waiver sent on 7/23/2014, answer due 9/22/2014. (Mulaire, Justin) (Entered: 08/08/2014)~~ |
| 09/19/2014 | 10 | ~~ATTORNEY Appearance for Defendant Autozone, Inc. by Brian Wegg Bulger (Bulger, Brian) (Entered: 09/19/2014)~~ |
| 09/19/2014 | 11 | ~~ATTORNEY Appearance for Defendant Autozone, Inc. by Jeremy J. Glenn (Glenn, Jeremy) (Entered: 09/19/2014)~~ |
| 09/19/2014 | 12 | ~~ATTORNEY Appearance for Defendant Autozone, Inc. by Sepideh Esmaili Smith (Smith, Sepideh) (Entered: 09/19/2014)~~ |
| 09/19/2014 | 13 | ANSWER to Complaint *(and Affirmative Defenses)* by Autozone, Inc.(Glenn, Jeremy) (Entered: 09/19/2014) |
| 09/22/2014 | 14 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-9881337. (Kern, Tracy) (Entered: 09/22/2014) |
| 09/22/2014 | 15 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-9883313. (Riley, Laurie) (Entered: 09/22/2014) |
| 09/22/2014 | 17 | ORDER: Motions for leave to appear pro hac vice on behalf of AutoZone, Inc. by Tracy Kern and Laurie Riley 14 15 are granted. Signed by the Honorable Amy J. St. Eve on 9/22/2014. Mailed notice (tg, ) (Entered: 09/23/2014) |
| 09/23/2014 | 16 | AMENDED complaint by U.S. Equal Employment Opportunity Commission against Autozone, Inc., AutoZoners, LLC (Mulaire, Justin) (Entered: 09/23/2014) |
| 09/24/2014 | 18 | STATUS Report *(Joint Initial)* by Autozone, Inc. (Glenn, Jeremy) (Entered: 09/24/2014) |
| 09/26/2014 | 19 | ~~ATTORNEY Appearance for Defendant AutoZoners, LLC by Laurie M. Riley (Riley, Laurie) (Entered: 09/26/2014)~~ |
| 09/26/2014 | 20 | ~~ATTORNEY Appearance for Defendants AutoZoners, LLC, Autozone, Inc. by Tracy E. Kern (Kern, Tracy) (Entered: 09/26/2014)~~ |
| 09/29/2014 | 21 | MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 9/29/2014 and continued to 11/24/2014 at 08:30 AM. 26(a)(1) disclosures shall be exchanged by 10/29/14. Written discovery shall be issued by 12/16/14. Fact discovery shall be completed by 5/22/15. Any dispositive motions, with supporting memoranda, shall be filed by 6/26/15. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Mailed notice (kef, ) |

| | | |
|---|---|---|
| | | (Entered: 09/29/2014) |
| 10/15/2014 | | ~~SUMMONS Issued as to Defendant Autozone, Inc. (pg, ) (Entered: 10/15/2014)~~ |
| 10/30/2014 | 22 | MOTION by Plaintiff U.S. Equal Employment Opportunity Commission TO EXEMPT CASE FROM INITIAL DISCOVERY PROTOCOLS *(JOINT UNOPPOSED MOTION)* (Mulaire, Justin) (Entered: 10/30/2014) |
| 10/30/2014 | 23 | ACKNOWLEDGEMENT of Service of Amended Complaint and Summons served on AutoZoners, LLC on 10/20/2014, filed by Plaintiff U.S. Equal Employment Opportunity Commission. (Mulaire, Justin) (Entered: 10/30/2014) |
| 10/31/2014 | 24 | ~~NOTICE of Motion by Justin Mulaire for presentment of motion for miscellaneous relief 22 before Honorable Amy J. St. Eve on 11/10/2014 at 08:30 AM. (Mulaire, Justin) (Entered: 10/31/2014)~~ |
| 11/06/2014 | 25 | ANSWER to amended complaint by AutoZoners, LLC(Riley, Laurie) (Entered: 11/06/2014) |
| 11/07/2014 | 26 | MINUTE entry before the Honorable Amy J. St. Eve: Joint motion to exempt this action from initial discovery protocols for employment cases alleging adverse action 22 is granted. No appearance is required on the 11/10/14 notice date. Mailed notice (kef, ) (Entered: 11/07/2014) |
| 11/10/2014 | 27 | ~~ATTORNEY Appearance for Plaintiff U.S. Equal Employment Opportunity Commission by Ethan M.M. Cohen (Cohen, Ethan) (Entered: 11/10/2014)~~ |
| 11/24/2014 | 28 | MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 11/24/2014 and continued to 1/27/2015 at 08:30 AM.Mailed notice (kef, ) (Entered: 11/24/2014) |
| 01/27/2015 | 29 | MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 1/27/2015 and continued to 3/26/2015 at 08:30 AM. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Mailed notice (kef, ) (Entered: 01/27/2015) |
| 03/26/2015 | 30 | MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 3/26/2015 and continued to 5/21/2015 at 08:30 AM. Parties shall submit an agreed protective order by 4/2/15. Mailed notice (kef, ) (Entered: 03/26/2015) |
| 04/02/2015 | 31 | MOTION by Defendants AutoZoners, LLC, Autozone, Inc. for order - *Joint Motion for Entry of Agreed Confidentiality Order* (Attachments: # 1 Text of Proposed Order Agreed Confidentiality Order)(Smith, Sepideh) (Entered: 04/02/2015) |
| 04/02/2015 | 32 | *Joint Motion For Entry of Confidentiality Order* NOTICE of Motion by Sepideh Esmaili Smith for presentment of motion for order 31 before Honorable Amy J. St. Eve on 4/8/2015 at 08:30 AM. (Smith, Sepideh) |

| | | |
|---|---|---|
| | | (Entered: 04/02/2015) |
| 04/07/2015 | 33 | MINUTE entry before the Honorable Amy J. St. Eve: Joint motion for entry of agreed confidentiality order 31 is granted. Counsel shall email the proposed order to Judge St. Eve's proposed order email address, the link for which can be found on her webpage. No appearance is required on the 4/8/15 notice date. Mailed notice (kef, ) (Entered: 04/07/2015) |
| 04/07/2015 | 34 | AGREED CONFIDENTIALITY ORDER Signed by the Honorable Amy J. St. Eve on 4/7/2015:Mailed notice(kef, ) (Entered: 04/07/2015) |
| 04/08/2015 | 35 | MOTION by Plaintiff U.S. Equal Employment Opportunity Commission to compel *Production of Employee Information, Compensation Information, and Complaints of Discrimination* (Mulaire, Justin) (Entered: 04/08/2015) |
| 04/08/2015 | 36 | ~~NOTICE of Motion by Justin Mulaire for presentment of motion to compel 35 before Honorable Amy J. St. Eve on 4/13/2015 at 08:30 AM. (Mulaire, Justin) (Entered: 04/08/2015)~~ |
| 04/09/2015 | 37 | *AMENDED* NOTICE of Motion by Justin Mulaire for presentment of motion to compel 35 before Honorable Amy J. St. Eve on 4/16/2015 at 08:30 AM. (Mulaire, Justin) (Entered: 04/09/2015) |
| 04/13/2015 | 38 | MOTION by Defendant AutoZoners, LLC for summary judgment (Riley, Laurie) (Entered: 04/13/2015) |
| 04/13/2015 | 39 | MEMORANDUM by AutoZoners, LLC in support of motion for summary judgment 38 (Attachments: # 1 Exhibit A Part 1- Excerpts from Deposition of Mr. Stuckey, # 2 Exhibit A Part 2 - Excerpts from Deposition of Mr. Stuckey, # 3 Exhibit B - Declaration of Ms. Cleveland, # 4 Exhibit C - EEOC Charge of Discrimination, # 5 Exhibit D - Letter from Mr. Mulaire, dated Feb. 5, 2015, # 6 Exhibit E - Email from Mr. Mulaire, dated Feb. 10, 2015, # 7 Exhibit F - Response to Plaintiff's RFP, number 1, # 8 Exhibit G - Bates no.: E0046, # 9 Appendix Buttron v. Sheehan, # 10 Appendix Chhim v. Spring Branch Independent School District, # 11 Appendix Church v. Kare Distribution, Inc., # 12 Appendix Hobson v. Potter, # 13 Appendix Latham v. Donahue, # 14 Appendix Palasti v. Federal Express, # 15 Appendix Richardson v. Centercare, Inc., # 16 Appendix Ricks v. US Alliance Fire Protection, # 17 Appendix Walker v. Will County State's Attorney's Office, # 18 Appendix Wang v. Bell Howell Document Management)(Riley, Laurie) (Entered: 04/13/2015) |
| 04/13/2015 | 40 | STATEMENT by Defendant AutoZoners, LLCin Support of MOTION by Defendant AutoZoners, LLC for summary judgment 38 *Statement of Undisputed Material Facts* (Riley, Laurie) (Entered: 04/13/2015) |
| 04/13/2015 | 41 | ~~NOTICE of Motion by Laurie M. Riley for presentment of (Riley, Laurie) (Entered: 04/13/2015)~~ |
| 04/14/2015 | 42 | RESPONSE by AutoZoners, LLCin Opposition to MOTION by Plaintiff |

| | | U.S. Equal Employment Opportunity Commission to compel *Production of Employee Information, Compensation Information, and Complaints of Discrimination* 35 (Attachments: # 1 Exhibit A - Excerpts from Deposition of Mr. Stuckey, # 2 Exhibit B - Defendant's Response to Plaintiff's RFP, number 1, # 3 Exhibit C - EEOC 46, # 4 Exhibit D - Declaration of Ms. Cleveland, # 5 Appendix Batchelor v. Merck & Co., # 6 Appendix Baxter v. Trinity Services, # 7 Appendix Buttron v. Sheehan, # 8 Appendix Dixon v. Illinois State Board of Education, # 9 Appendix Hobson v. Potter)(Riley, Laurie) (Entered: 04/14/2015) |
|---|---|---|
| 04/14/2015 | 43 | ~~NOTICE of Motion by Laurie M. Riley for presentment of motion for summary judgment 38 before Honorable Amy J. St. Eve on 4/16/2015 at 08:30 AM. (Riley, Laurie) (Entered: 04/14/2015)~~ |
| 04/16/2015 | 44 | MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 4/16/15. Defendant's motion for summary judgment 38 is entered. Response by 6/12/15. Reply by 6/26/15. Plaintiff's motion to compel 35 is granted in part and denied in part as follows: Defendant shall identify for the list of employees what store they came from and went to through 1/15/14 as stated in open court. This list should be turned over by 4/23/15. Plaintiff's request for compensation of Parts Sales Managers at Store 2290 is granted in part. Defendant shall turn over actual earnings of full time parts sales managers at Store No. 2290 from 1/15/12 through 1/15/13. Plaintiff's request for complaints of discrimination is denied for the reasons stated in open court. Mailed notice (kef, ) (Entered: 04/17/2015) |
| 05/21/2015 | 45 | MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 5/21/2015 and continued to 8/26/2015 at 08:30 AM. Fact discovery cutoff is extended to 6/3/15 for the limited reasons stated in open court. Mailed notice (kef, ) (Entered: 05/21/2015) |
| 06/03/2015 | 46 | MOTION by Plaintiff U.S. Equal Employment Opportunity Commission to compel *production of sales performance data, for leave to conduct discovery concerning spoliation, or alternatively to preclude certain defenses* (Attachments: # 1 Exhibit 1, Harris deposition excerpt)(Mulaire, Justin) (Entered: 06/03/2015) |
| 06/03/2015 | 47 | ~~NOTICE of Motion by Justin Mulaire for presentment of motion to compel, 46 before Honorable Amy J. St. Eve on 6/11/2015 at 08:30 AM. (Mulaire, Justin) (Entered: 06/03/2015)~~ |
| 06/04/2015 | 48 | MOTION by Defendant AutoZoners, LLC for leave to file *Unopposed Motion for Leave of Court to Supplement Motion for Summary Judgment and Statement of Undisputed Material Facts* (Attachments: # 1 Exhibit Proposed Amended Motion for Summary Judgment, # 2 Exhibit Proposed Amended Memorandum in Support of Motion for Summary Judgment, # 3 Exhibit Proposed Amended Statement of Undisputed Material Facts, # 4 Exhibit A, Part 1, Excerpts of Deposition of Mr. Stuckey, # 5 Exhibit A, |

| | | Part 2, Continuation, # 6 Exhibit B, Declaration of Ms. Cleveland, # 7 Exhibit C, EEOC Charge of Discrimination, # 8 Exhibit D, Letter from Mr. Mulaire, dated 02/05/15, # 9 Exhibit E, Email from Mr. Mulaire, dated 02/10/15, # 10 Exhibit F, Defendant's Response to Plaintiff's First Request for Production, # 11 Exhibit G, Bates No.: E0046, # 12 Exhibit H, Excerpts from Deposition of Mr. Harrington, # 13 Exhibit I, Excerpts from Deposition of Mr. Harris, # 14 Appendix Buttron v. Sheehan, # 15 Appendix Chhim v. Spring Branch Independent School District, # 16 Appendix Church v. Kare Distribution, Inc., # 17 Appendix Hobson v. Potter, # 18 Exhibit Latham v. Donahue, # 19 Appendix Palasti v. Federal Express Corp., # 20 Appendix Richardson v. Centercare, Inc., # 21 Appendix Ricks v. United States Alliance Fire Protection, Inc., # 22 Appendix Walker v. Will County State's Attorney's Office, # 23 Appendix Wang v. Bell & Howll Document Management Products Co.)(Riley, Laurie) (Entered: 06/04/2015) |
|---|---|---|
| 06/04/2015 | 49 | ~~NOTICE of Motion by Jeremy J. Glenn for presentment of motion for leave to file,,,,,, 48 before Honorable Amy J. St. Eve on 6/11/2015 at 08:30 AM. (Glenn, Jeremy) (Entered: 06/04/2015)~~ |
| 06/05/2015 | 50 | RESPONSE by AutoZoners, LLCin Opposition to MOTION by Plaintiff U.S. Equal Employment Opportunity Commission to compel *production of sales performance data, for leave to conduct discovery concerning spoliation, or alternatively to preclude certain defenses* 46 (Attachments: # 1 Exhibit A - Excerpts from Deposition of Mr. Stuckey, # 2 Exhibit B - Excerpts from Deposition of Mr. Harris, # 3 Exhibit C - Excerpts from Deposition of Mr. Harrington, # 4 Exhibit D - Redacted E0060-0061, # 5 Appendix Petersen v. Union Pacific Railroad Company)(Riley, Laurie) (Entered: 06/05/2015) |
| 06/08/2015 | 51 | REPLY by Plaintiff U.S. Equal Employment Opportunity Commission to response in opposition to motion,, 50 (Mulaire, Justin) (Entered: 06/08/2015) |
| 06/11/2015 | 52 | MOTION by Defendant AutoZoners, LLC for summary judgment *Amended Motion for Summary Judgment* (Riley, Laurie) (Entered: 06/11/2015) |
| 06/11/2015 | 53 | MEMORANDUM by AutoZoners, LLC in support of motion for summary judgment 52 *Amended Memorandum in Support of Amended Motion for Summary Judgment* (Attachments: # 1 Exhibit A, Part 1, Excerpts from deposition of Mr. Stuckey, # 2 Exhibit A, Part 2, # 3 Exhibit B, Declaration of Ms. Cleveland, # 4 Exhibit C, EEOC Charge of Discrimination, # 5 Exhibit D, Letter from Mr. Mulaire, dated February 5, 2015, # 6 Exhibit E, Email from Mr. Mulaire, dated February 10, 2015, # 7 Exhibit F, Defendant's Response to Plaintiff's First RFP, # 8 Exhibit G, Bates No.: E0046, # 9 Exhibit H, Excerpts from deposition of Mr. Harrington, # 10 Exhibit I, Excerpts from deposition of Mr. Harris, # 11 Appendix Buttron v. |

| | | |
|---|---|---|
| | | Sheehan, # 12 Appendix Chhim v. Spring Branch Independent School Dist., # 13 Appendix Church v. Kare Distribution, Inc., # 14 Appendix Hobson v. Potter, # 15 Appendix Latham v. Donahue, # 16 Appendix Palasti v. Federal Express Corp., # 17 Appendix Richardson v. Centercare, Inc., # 18 Appendix Ricks v. United States Alliance Fire Protection, Inc., # 19 Appendix Walker v. Will County State's Attorney's Office, # 20 Appendix Wang v. Bell & Howell Document Management Products Co.)(Riley, Laurie) (Entered: 06/11/2015) |
| 06/11/2015 | 54 | STATEMENT by Defendant AutoZoners, LLCin Support of MOTION by Defendant AutoZoners, LLC for summary judgment *Amended Motion for Summary Judgment* 52 *Amended Statement of Undisputed Material Facts in Support of Amended Motion for Summary Judgment* (Riley, Laurie) (Entered: 06/11/2015) |
| 06/11/2015 | 55 | MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 6/11/2015. Defendant's unopposed motion for leave to file amended summary judgment motion 48 is granted. Defendant's amended motion for summary judgment 52 is entered. Response by 6/15/15. Reply by 6/29/15. Defendant's original motion for summary judgment 38 is denied as moot. Plaintiff's motion to compel 46 is denied for the reasons stated in open court. Mailed notice (kef, ) (Entered: 06/11/2015) |
| 06/15/2015 | 56 | MEMORANDUM by U.S. Equal Employment Opportunity Commission in Opposition to motion for summary judgment 52 (Mulaire, Justin) (Entered: 06/15/2015) |
| 06/15/2015 | 57 | RULE 56 56.1(b) Statement by U.S. Equal Employment Opportunity Commission regarding motion for summary judgment 52 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)(Mulaire, Justin) (Entered: 06/16/2015) |
| 06/26/2015 | 58 | REPLY by Defendant AutoZoners, LLC to memorandum in support of motion,,,,, 53 *Reply in Support of Defendant's Amended Memorandum* (Attachments: # 1 Appendix Baxter v. Trinity Services, Inc., # 2 Appendix Dixon v. Illinois State Board of Education, # 3 Appendix Luqmaan v. Volvo Group North America)(Riley, Laurie) (Entered: 06/26/2015) |
| 07/01/2015 | 59 | MOTION by Plaintiff U.S. Equal Employment Opportunity Commission for leave to file *surreply in opposition to summary judgment* (Attachments: # 1 Exhibit proposed surreply)(Mulaire, Justin) (Entered: 07/01/2015) |
| 07/02/2015 | 60 | ~~NOTICE of Motion by Justin Mulaire for presentment of motion for leave to file 59 before Honorable Amy J. St. Eve on 7/13/2015 at 08:30 AM. (Mulaire, Justin) (Entered: 07/02/2015)~~ |
| 07/06/2015 | 61 | MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's motion for |

| | | |
|---|---|---|
| | | leave to file surreply 59 is granted. Counsel shall separately file the surreply upon receipt of this order. No further briefing unless ordered by the court. No appearance is required on the 7/13/15 notice date. Mailed notice (kef, ) (Entered: 07/06/2015) |
| 07/06/2015 | 62 | SUR-REPLY by Plaintiff U.S. Equal Employment Opportunity Commission to motion for summary judgment 52 (Mulaire, Justin) (Entered: 07/06/2015) |
| 07/07/2015 | 63 | MOTION by Defendant AutoZoners, LLC to substitute attorney (Cheskes, Jill) (Entered: 07/07/2015) |
| 07/07/2015 | 64 | ~~NOTICE of Motion by Jill A. Cheskes for presentment of motion to substitute attorney 63 before Honorable Michael T. Mason on 7/15/2015 at 09:00 AM. (Cheskes, Jill) (Entered: 07/07/2015)~~ |
| 07/08/2015 | 65 | MOTION by Defendant AutoZoners, LLC to substitute attorney (Cheskes, Jill) (Entered: 07/08/2015) |
| 07/08/2015 | 66 | ~~NOTICE of Motion by Jill A. Cheskes for presentment of motion to substitute attorney 65 before Honorable Amy J. St. Eve on 7/15/2015 at 08:30 AM. (Cheskes, Jill) (Entered: 07/08/2015)~~ |
| 07/08/2015 | 68 | ORDER: Motion for substitution of attorneys 63 65 is granted. Jill Cheskes is given leave to file her appearance on behalf of defendant. Brian Bulger, Jeremy Glenn and Sepideh Smith are given leave to withdraw on behalf of defendant. No appearance is required on the 7/15/15 notice date. Signed by the Honorable Amy J. St. Eve on 7/8/2015. Mailed notice. (jl, ) (Entered: 07/09/2015) |
| 07/09/2015 | 67 | MINUTE entry before the Honorable Michael T. Mason: Counsel having properly re-noticed her motion to substitute attorney [63,65] before the District Court, the 7/15/15 notice of motion hearing date before Magistrate Judge Mason is stricken. (rbf, ) (Entered: 07/09/2015) |
| 08/04/2015 | 69 | MINUTE entry before the Honorable Amy J. St. Eve: The Court grants Defendant's summary judgment motion 52 and dismisses this lawsuit in its entirety. All pending dates and deadlines are stricken. Civil case terminated. [For further details, see separate Memorandum Opinion and Order.] Mailed notice (kef, ) (Entered: 08/04/2015) |
| 08/04/2015 | 70 | MEMORANDUM Opinion and Order Signed by the Honorable Amy J. St. Eve on 8/4/2015:Mailed notice(kef, ) (Entered: 08/04/2015) |
| 08/04/2015 | 71 | ENTERED JUDGMENT on 8/4/2015:Mailed notice(kef, ) (Entered: 08/04/2015) |
| 08/13/2015 | 72 | ~~ATTORNEY Appearance for Defendant Autozone, Inc. by Beverly Pazon Alfon (Alfon, Beverly) (Entered: 08/13/2015)~~ |
| 09/03/2015 | 73 | ~~BILL of Costs (Attachments: # 1 Declaration of Ms. Tracy E. Kern in~~ |

| | | |
|---|---|---|
| | | ~~support of bill of costs)(Kern, Tracy) (Entered: 09/03/2015)~~ |
| 09/04/2015 | 74 | MINUTE entry before the Honorable Amy J. St. Eve: Any response/objection to defendant's bill of costs 73 shall be filed by 9/15/15. Mailed notice (kef, ) (Entered: 09/04/2015) |
| 09/04/2015 | 75 | Motion For Instructions by AutoZoners, LLC (Alfon, Beverly) (Entered: 09/04/2015) |
| 09/04/2015 | 76 | *Defendant's Motion for Instructions* NOTICE of Motion by Beverly Pazon Alfon for presentment of before Honorable Amy J. St. Eve on 9/16/2015 at 01:00 PM. (Alfon, Beverly) (Entered: 09/04/2015) |
| 09/08/2015 | 77 | MINUTE entry before the Honorable Amy J. St. Eve: Defendants have filed a Motion for Instruction 76 on whether a motion for attorneys' fees and expenses would be timely under the Local Rules. The Court cannot give the parties an advisory opinion on this issue and the motion is denied. Defendants are free to file a motion for fees and see if the EEOC objects. If there is a disputed motion, the Court will resolve it. No appearance is required on the 9/16/15 notice date. Mailed notice (kef, ) (Entered: 09/08/2015) |
| 09/15/2015 | 78 | OBJECTIONS by U.S. Equal Employment Opportunity Commission to bill of costs 73 (Attachments: # 1 Exhibit A, Agreement re electronic service, # 2 Exhibit B, Message from UPS Store)(Mulaire, Justin) (Entered: 09/15/2015) |
| 09/16/2015 | 79 | ORDER Signed by the Honorable Amy J. St. Eve on 9/16/2015: The Court, in its discretion, awards Defendants $3,370.35 in costs pursuant to Federal Rule of Civil Procedure 54(d)(1) and 28 U.S.C. § 1920. [For further details, see Order.] Mailed notice(kef, ) (Entered: 09/16/2015) |
| 09/16/2015 | 80 | COSTS Taxed in favor of Defendant in amount of $ 3,370.35 and against Plaintiff. (lk, ) (Entered: 09/18/2015) |
| 09/25/2015 | 81 | MOTION by Plaintiff U.S. Equal Employment Opportunity Commission to stay *attorney fee procedure (UNCONTESTED MOTION)* (Mulaire, Justin) (Entered: 09/25/2015) |
| 09/25/2015 | 82 | ~~NOTICE of Motion by Justin Mulaire for presentment of motion to stay 81 before Honorable Amy J. St. Eve on 9/30/2015 at 08:30 AM. (Mulaire, Justin) (Entered: 09/25/2015)~~ |
| 09/29/2015 | 83 | MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's uncontested motion to stay attorney fee motion procedure 81 is granted. The procedure for requesting attorney fees and non-taxable expenses is stayed until seven business days after the later of: (a) the expiration of the deadline for a notice of appeal, or (b) in the event of a notice of appeal is filed, the issuance of the mandate of the Court of Appeals. No appearance is required on the 9/30/15 notice date. Mailed notice (kef, ) (Entered: |

| | | |
|---|---|---|
| | | 09/29/2015) |
| 10/02/2015 | 84 | NOTICE of appeal by U.S. Equal Employment Opportunity Commission regarding orders 69 , 71 , 70 (Cohen, Ethan) (Entered: 10/02/2015) |
| 10/02/2015 | 85 | DOCKETING Statement by U.S. Equal Employment Opportunity Commission regarding notice of appeal 84 (Cohen, Ethan) (Entered: 10/02/2015) |
| 10/02/2015 | 86 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 84 (ea, ) (Entered: 10/02/2015) |
| 10/02/2015 | 87 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 84 . Notified counsel (ea, ) (Entered: 10/02/2015) |
| 10/02/2015 | 88 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 84 ; USCA Case No. 15-3201. (sxn, ) (Entered: 10/06/2015) |
| 03/03/2016 | 89 | NOTICE to Transmit Record on Appeal regarding notice of appeal 84 ; USCA Case No. 15-3201 (mr, ) (Entered: 03/03/2016) |

**KEY**

**A majority of all items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These item are sent under a separate certificate.**
**N/A: These items are not available.**