



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

Thomas G. Bruton
CLERK

312-435-5670

Date: March 3, 2016

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

U.S.C.A. - 7TH CIRCUIT
RECEIVED
MAR 03 2016 SK
GINO J. AGNELLO
CLERK

Re: U.S. Equal Employment Opportunity Commission v. Autozone, Inc.

U.S.D.C. Docket No.: 1:14cv5579
U.S.C.A. Docket No.: 15-3201

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S):      4 vol.

VOLUME(S) OF TRANSCRIPT(S):

VOLUME(S) OF DEPOSITION(S):

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By:/ s/Esperanza King, Deputy Clerk